AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| WILLIAM H. DAVIS, <br> *Plaintiff* <br> v. <br> BERNARD J. HAGAN, JR., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 03-CV-12584 <br> ) <br> ) |

CV 14 80 170 MISC WHO

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___09/12/2006___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: May 29, 2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 03-12584-JLT

| | |
|---|---|
| WILLIAM H. DAVIS,<br>   Plaintiff<br><br>v.<br><br>BERNARD J. HAGAN, JR.,<br>   Defendant | JUDGMENT |

   This action came on for hearing before the Court, Honorable William G. Young, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered, is hereby ordered and adjudged that the plaintiff William Davis recover of the defendant Bernard Hagan the sum of Ninety-Four Thousand Five Hundred Ninety ($94,590) Dollars, plus costs in the amount of One Hundred Fifty ($150) Dollars, plus interest thereon at the rate provided by law from the date of filing.

SARAH A. THORNTON
Clerk of Courts

By the Court,
Deputy Clerk

September 12, 2006,
Form of judgment approved.
William G. Young
District Judge

I hereby certify on 5-29-14 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☒ original filed in my office on 9-12-06
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By:_____
Deputy Clerk