| | EJ-001 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* Recording requested by and return to:<br>Mark Schulman<br>Sierra Duplexes, LLC<br>2398 Fair Oaks Blvd, Ste 7<br>Sacramento, CA 95825<br>916-234-6468<br>☐ ATTORNEY FOR ☐ JUDGMENT CREDITOR ☑ ASSIGNEE OF RECORD | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US District Court
STREET ADDRESS: United States District Court
MAILING ADDRESS: 450 Golden Gate Av
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF: WILLIAM H. DAVIS
DEFENDANT: BERNARD J. HAGAN, JR.

FOR RECORDER'S USE ONLY

**CV 14 80 170 MISC**

CASE NUMBER: 03-CV-12584

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS ☐ Amended

FOR COURT USE ONLY
WHO

1. The ☐ judgment creditor ☑ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   
   Bernard J. Hagan
   2701 Pine St
   Napa, CA 94558
   
   b. Driver's license no. [last 4 digits] and state: ☑ Unknown
   c. Social security no. [last 4 digits]: 9544 ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Bernard J. Hagan
   1591 Jackson St, Apt 19, San Francisco, CA 94109

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Mark Schulman
   2398 Fair Oaks Blvd, Ste 7
   Sacramento, CA 95825

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date:
Mark Schulman
(TYPE OR PRINT NAME)        ▶ /s/ Mark Schulman
                             (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 94,590.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* September 12, 2006
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☑ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☑ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):* 6/5/2017

RICHARD W. WIEKING
Clerk, by _____, Deputy
MARK RONYN

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: WILLIAM H. DAVIS | CASE NUMBER: |
|---|---|
| DEFENDANT: BERNARD J. HAGAN, JR. | 03-CV-12584 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.